UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONEY MAIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Commissioner of Social Security,<br><br>　　　　Defendant. | CIVIL NO. 1:23-cv-00899-EPG<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER**<br><br>**(ECF No. 22)** |

　　　　IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

　　　　Upon remand, the Appeals Council will remand the case to an Administrative Law Judge (ALJ) for a new decision, and instruct the ALJ to re-evaluate the evidence of record. The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

　　　　This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated:  February 6, 2024                    */s/  Jonathan O. Peña*\*
                                            JONATHAN O. PENA
                                            Attorney for Plaintiff
                                            *Authorized via e-mail on February 6, 2024

                                            PHILLIP A. TALBERT
                                            United States Attorney
                                            MATHEW W. PILE
                                            Associate General Counsel
                                            Social Security Administration

                                    By:     */s/ Erin A. Jurrens*
                                            ERIN A. JURRENS
                                            Special Assistant U.S. Attorney

                                            Attorneys for Defendant

# ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (ECF No. 22) and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g). The Clerk of the Court is directed to enter a judgment in favor of Plaintiff and against Defendant. Additionally, given the parties' stipulation, the Clerk of Court is directed to terminate Plaintiff's motion for summary judgment as no longer pending. (ECF No. 20).

IT IS SO ORDERED.

Dated: **February 6, 2024**         /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE