UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONEY MAIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | No.  1:23-cv-00899-EPG<br><br>ORDER GRANTING UNOPPOSED MOTION FOR ATTORNEY'S FEES PURSUANT TO EQUAL ACCESS TO JUSTICE ACT 28 U.S.C. § 2412(d)<br><br>(ECF No. 25) |

On May 8, 2024, Plaintiff filed a motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), seeking an award of $5,850.99. (ECF No. 25). On May 11, 2024, Defendant filed a response stating, "Defendant, Commissioner of Social Security, does not oppose plaintiff Honey Main's Motion for Attorney's Fees (ECF no. 25)." (ECF No. 28); *see* Local Rule 230(c) (directing parties to file a statement of non-opposition to motions they do not oppose). Based on the non-opposition, the Court will grant Plaintiff's motion.

Accordingly, IT IS ORDERED that:

1. Plaintiff's motion for attorney's fees (ECF No. 25) is GRANTED.
2. Attorney fees in the amount $5,850.99 are awarded to Plaintiff.

\\\
\\\
\\\
\\\
\\\

1

3. If Plaintiff has no debt registered with the Department of Treasury subject to offset, then the fee award shall be made payable to Plaintiff's attorney.

IT IS SO ORDERED.

Dated:   **May 16, 2024**        /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE